ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| FAIRHOLME FUNDS, INC., ON BEHALF OF ITS SERIES, THE FAIRHOLME FUND, et al.,<br><br>*Plaintiffs-Appellees/Cross-Appellants*,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, IN ITS CAPACITY AS CONSERVATOR OF THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.,<br><br>*Defendants-Appellants/Cross-Appellees*. | Case No. 25-5113 (consolidated with nos. 25-5121, 25-5154, and 25-5155) |

**STATEMENT OF ISSUES**

Pursuant to the Court's Order of April 29, 2025, Plaintiffs-Appellees/Cross-Appellants submit the following issues to be raised in this appeal:

1.      Whether the district court erred in denying Plaintiffs Berkley Insurance Company, Acadia Insurance Company, Admiral Indemnity Company, Admiral Insurance Company, Berkley Regional Insurance Company, Carolina Casualty Insurance Company, Midwest Employers Casualty Insurance Company, Nautilus

1

Insurance Company, and Preferred Employers Insurance Company (collectively, "the Berkley Plaintiffs") the ability to pursue restitution.

    2.    Whether the district court erred in denying the Berkley Plaintiffs the ability to seek reliance damages.

    3.    Whether the district court erred in denying the Berkley Plaintiffs the ability to seek damages based on future lost profits as calculated in a discounted cash-flow analysis created by the Plaintiffs' expert.

Dated: May 29, 2025

Respectfully Submitted,

/s/ David H. Thompson
David H. Thompson
(DC Bar No. 450503)
Brian W. Barnes
(DC Bar No. 1018419)
John D. Ramer
(DC Bar No. 90002236)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, NW
Washington, D.C. 20036
(202) 220-9659
(202) 220-9601 (fax)
dthompson@cooperkirk.com
bbarnes@cooperkirk.com
jramer@cooperkirk.com

*Attorneys for Plaintiffs-Appellees/Cross-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2025, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: May 29, 2025 <span style="float:right">*s/ David H. Thompson*<br>David H. Thompson</span>