ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| IN RE FANNIE MAE / FREDDIE MAC SENIOR PREFERRED STOCK PURCHASE AGREEMENT CLASS ACTION LITIGATIONS | Case No. 25-5155 (consolidated with nos. 25-5113, 25-5121, and 25-5154) |

## STATEMENT OF ISSUES

Pursuant to the Court's Order of April 30, 2025, Plaintiffs-Appellees/Cross-Appellants Joseph Cicciapalle in his individual capacity and as class representative of the Fannie Preferred Class and the Freddie Preferred Class, Barry P. Borodkin in his individual capacity and as class representative of the Fannie Preferred Class, and Michelle M. Miller and Timothy J. Cassell as class representatives of the Freddie Common Class (collectively "Class Plaintiffs") submit the following issues to be raised in this appeal:

1. Whether the district court erred in granting partial summary judgment in favor of Defendants as to Class Plaintiffs' lost-dividend theory of damages.

2. Whether the district court erred in granting partial summary judgment in favor of Defendants as to Class Plaintiffs' request for alternative remedies in the form of restitution and rescission.

3. Whether the district court erred in denying the Class Plaintiffs the ability to present evidence concerning reliance damages, or to supplement their expert discovery to address reliance or any other theory of damages

Dated: May 30, 2025                                    Respectfully Submitted,


                                                        /s/ Michael J. Barry
Michael J. Barry (Bar No. 66118)
**GRANT & EISENHOFER, P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
mbarry@gelaw.com

Hamish P.M. Hume (Bar No. 449914)
Samuel C. Kaplan (Bar No. 463350)
**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave. NW
Washington, DC 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
hhume@bsfllp.com
skaplan@bsfllp.com

Lee D. Rudy (*Pro Hac Vice*)
Eric L. Zagar (*Pro Hac Vice*)
**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
ezagar@ktmc.com

Adam Wierzbowski (*Pro Hac Vice*)
Robert F. Kravetz (*Pro Hac Vice*)
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444
adam@blbglaw.com

*Co-Lead Counsel for the Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: May 30, 2025                      */s/ Michael J. Barry*
                                          Michael J. Barry