IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| FAIRHOLME FUNDS, INC, ON BEHALF OF ITS SERIES, THE FAIRHOLME FUND, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, IN ITS CAPACITY AS CONSERVATOR OF THE FEDERAL NATIONAL MORTGAGE ASSOCIATION AND THE FEDERAL HOME LOAN MORTGAGE CORPORATION, et al.,<br><br>Defendants-Appellants. | Case No. 25-5113 (consolidated with nos. 25-5121, 25-5154, and 25-5155) |

**JOINT PROPOSAL ON BRIEFING FORMAT**

Pursuant to this Court's order of June 4, 2025, the parties in the above-captioned case, Defendants-Appellants the Federal Housing Finance Agency ("FHFA" or "Conservator") in its capacity as Conservator of the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation, the Federal National Mortgage Association ("Fannie Mae"), and the Federal Home Loan Mortgage Corporation ("Freddie Mac," together with Fannie Mae, the "Enterprises"); and Joseph Cacciapalle in his individual capacity and as class

1

representative of the Fannie Preferred Class and the Freddie Preferred Class, Barry P. Borodkin in his individual capacity and as class representative of the Fannie Preferred Class, and Michelle M. Miller and Timothy J. Cassell as class representatives of the Freddie Common Class (collectively "Class Plaintiffs"), and Plaintiffs-Appellees/Cross-Appellants Berkley Insurance Company, Acadia Insurance Company, Admiral Indemnity Company, Admiral Insurance Company, Berkley Regional Insurance Company, Carolina Casualty Insurance Company, Midwest Employers Casualty Insurance Company, Nautilus Insurance Company, and Preferred Employers Insurance Company (collectively, "the Berkley Plaintiffs"), jointly submit the following proposed briefing format.

| Document | Word Count | Deadline |
| --- | --- | --- |
| Defendants' Principal Brief | 13,000 words | September 12, 2025 |
| Plaintiffs' Response Brief | 13,000 words | November 6, 2025 |
| Plaintiffs' Principal Cross-Appeal Brief<br><br>*(The Berkeley Plaintiffs shall file an unconditional cross-appeal brief which the Class Plaintiffs shall join on a conditional basis and which may incorporate by reference the Statement of the Case from Plaintiffs' Response Brief).* | 6,000 words | November 6, 2025 |
| Defendants' Combined Response and Reply Brief | 12,500 words | January 9, 2026 |

2

| | | |
|---|---|---|
| Plaintiffs' Reply Brief on Cross-Appeal | 3,000 words | February 20, 2026 |

Under this briefing format, Defendants' briefs do not exceed the standard word allotment and Defendants do not propose to file any separate briefs.

Defendants agreed to the above word limits for Plaintiffs' briefs on their opposition to the appeal and cross-appeal as part of an overall compromise on the structure and timing of the briefing in this appeal and cross-appeal. Plaintiffs proposed a separate brief for the cross-appeal because the cross-appeal by the Berkley Plaintiffs raises a discrete legal issue that in Plaintiffs' view is best addressed in a standalone brief, in part because the Class Plaintiffs intend to join that cross-appeal on a conditional basis only. Defendants agreed to those separate briefs and word limits so long as Defendants could file a consolidated response and reply, and Plaintiffs agreed to Defendants' schedule, which provided more days between briefs than Plaintiffs proposed given the length of time that has elapsed since the verdict and final judgment in this case (August 2023 and March 2024, respectively).

Dated: July 7, 2025

Respectfully submitted,

<u>s/ John P. Elwood</u>
John P. Elwood
R. Stanton Jones
Anthony J. Franze
Orion de Nevers
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
John.Elwood@arnoldporter.com
Stanton.Jones@arnoldporter.com
Anthony.Franze@arnoldporter.com
Orion.deNevers@arnoldporter.com

*Counsel for Appellant Federal Housing Finance Agency*

<u>/s/ Michael J. Ciatti</u>
Michael J. Ciatti
KING & SPALDING LLP
1700 Pennsylvania Ave. N.W.
Washington, DC 20006
Tel: (202) 661-7828
Fax: (202) 626-3737
mciatti@kslaw.com

*Counsel for Appellant Freddie Mac*

<u>/s/ Meaghan VerGow</u>
Meaghan VerGow
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414
mvergow@omm.com

*Counsel for Appellant Fannie Mae*

4

## CERTIFICATE OF COMPLIANCE

I certify, pursuant to Federal Rule of Appellate Procedure 32(a)(7)(B), that the foregoing brief contains 415 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f).  I further certify that the document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365, in 14-point Times New Roman font.

Dated: July 7, 2025                                         *s/ John P. Elwood*
                                                                      John P. Elwood

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Rule 25(c) of the Federal Rules of Appellate Procedure, that on July 7, 2025, I filed the foregoing document using the Court's CM/EFC system, which will electronically serve all counsel of record registered to use the CM/ECF system.

Dated:  July 7, 2025                                                                     *s/ John P. Elwood*
                                                                                                      John P. Elwood