# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5113** **September Term, 2026**

**1:13-cv-01053-RCL**
**1:13-mc-01288-RCL**

**Filed On:** October 16, 2026

Fairholme Funds, Inc, on behalf of its series, The Fairholme Fund, et al.,

Appellees

v.

Federal Housing Finance Agency, in its capacity as Conservator of the Federal National Mortgage Association and the Federal Home Loan Mortgage Corporation, et al.,

Appellants

------------------------------

Consolidated with 25-5121, 25-5154, 25-5155

**BEFORE:** Walker and Childs, Circuit Judges; and Ginsburg, Senior Circuit Judge

**O R D E R**

Upon consideration of appellants' petition for panel rehearing, it is

**ORDERED** that the petition be denied.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Ellie F. Kemper
Deputy Clerk